FILED

2004 FEB -3  P 12: 31

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.:<br>301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE<br>DEVELOPMENT BOARD &<br>FRANCIS J. CHIARAMONTE,<br>IN HIS OFFICIAL AND<br>INDIVIDUAL CAPACITY | U.S. DISTRICT COURT<br>BRIDGEPORT, CONNECTICUT<br><br>FEBRUARY 2, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an extension of time to file dispositive motions until March 9, 2004. Counsel for Plaintiff has consented to this motion.

Dated at Hartford, Connecticut, this 2nd day of February 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____
Thompson G. Page
Their Attorney
Federal Bar #11665

LAW OFFICES OF **THOMPSON GOULD PAGE, LLC**
THE RICHARDSON • 942 MAIN STREET • SUITE 300 • HARTFORD, CT 06103-1221
(860) 808-3000 • FAX (860) 808-3009 • JURIS NO. 407748

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, via U.S. mail, postage prepaid, on this 2nd day of February 2004, to the following:

Cynthia Jennings, Esq.
177 State Street
Bridgeport, CT 06604

_____
Thompson G. Page
Attorney at Law
Federal Bar #11665

## ORDER

The foregoing motion having been presented to the Court, it is hereby
**ORDERED: GRANTED/DENIED**.

THE COURT

BY_____
Judge, Clerk, Assistant Clerk