Held 2/2/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335
Feb 2
~~January 27,~~ 2004

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:01-cv-1018**   **Moore v. Capitol Region**

Cynthia Renee Jennings
The Barrister Law Group
211 State Street, 2nd floor
Bridgeport, CT 06604


Thompson G. Page
Law Offices Of Thompson Gould Page
942 Main St. Suite 300
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK