# FILED

2004 MAR 11 P 12: 26

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.: 301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE DEVELOPMENT BOARD & FRANCIS J. CHIARAMONTE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY | U.S. DISTRICT COURT BRIDGEPORT, CONNECTICUT |
| | MARCH 8, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an

extension of time to file dispositive motions until April 8, 2004. The undersigned has

spoken with Cynthia Jennings, Counsel for Plaintiff, who has consented to this motion.

Dated at Hartford, Connecticut, this 8th day of March, 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____

Thompson G. Page
Their Attorney
Federal Bar #11665

LAW OFFICES OF **THOMPSON GOULD PAGE, LLC**
THE RICHARDSON • 942 MAIN STREET • SUITE 300 • HARTFORD, CT 06103-1221
(860) 808-3000 • FAX (860) 808-3009 • JURIS NO. 407748

Motion GRANTED

Senior United States District Judge

3-16-04

FILED

2004 MAR 16 P 4: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN