```
                    FILED

                    2004 APR 12  P 12: 28

       UNITED STATES DISTRICT COURT
           DISTRICT OF CONNECTICUT
```
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.: 301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE DEVELOPMENT BOARD & FRANCIS J. CHIARAMONTE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY | U.S. DISTRICT COURT BRIDGEPORT, CONNECTICUT APRIL 8, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an extension of time to file dispositive motions until May 8, 2004. The undersigned has spoken with Cynthia Jennings, Counsel for Plaintiff, who has consented to this motion.

Dated at Hartford, Connecticut, this 8th day of April, 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____
    Thompson G. Page
    Their Attorney
    Federal Bar #11665

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, via U.S. mail, postage prepaid, on this 8th day of April, 2004, to the following:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, second floor
Bridgeport, CT 06604

_____
Thompson G. Page
Attorney at Law
Federal Bar #11665

## ORDER

The foregoing motion having been presented to the Court, it is hereby
**ORDERED: GRANTED/DENIED**.

THE COURT

BY_____
Judge, Clerk, Assistant Clerk

- 2 -

SO ORDERED

_____
U.S.D.J.