

**FILED**
2004 APR 12 P 12: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.: 301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE DEVELOPMENT BOARD & FRANCIS J. CHIARAMONTE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY | U.S. DISTRICT COURT BRIDGEPORT, CONNECTICUT <br><br> APRIL 8, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an extension of time to file dispositive motions until May 8, 2004. The undersigned has spoken with Cynthia Jennings, Counsel for Plaintiff, who has consented to this motion.

Dated at Hartford, Connecticut, this 8th day of April, 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____
Thompson G. Page
Their Attorney
Federal Bar #11665

*Motion GRANTED*
WARREN W. EGINTON
Senior United States District Judge
4-21-04

FILED
2004 APR 21 A 11: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LAW OFFICES OF **THOMPSON GOULD PAGE, LLC**
THE RICHARDSON • 942 MAIN STREET • SUITE 300 • HARTFORD, CT 06103-1221
(860) 808-3000 • FAX (860) 808-3009 • JURIS NO. 407748