FILED

2004 MAY 10 P 1:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.: 301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE DEVELOPMENT BOARD & FRANCIS J. CHIARAMONTE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY | U.S. DISTRICT COURT BRIDGEPORT, CONNECTICUT<br><br>MAY 7, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an extension of time to file dispositive motions until June 6, 2004. The undersigned has spoken with Cynthia Jennings, Counsel for Plaintiff, who has consented to this motion.

Dated at Hartford, Connecticut, this 7th day of May, 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____
Thompson G. Page
Their Attorney
Federal Bar #11665

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, via U.S. mail, postage prepaid, on this 7th day of May, 2004, to the following:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, second floor
Bridgeport, CT 06604

_____
Thompson G. Page
Attorney at Law
Federal Bar #11665

## ORDER

The foregoing motion having been presented to the Court, it is hereby
**ORDERED: GRANTED/DENIED**.

THE COURT

BY_____
Judge, Clerk, Assistant Clerk