**FILED**

2004 MAY 10 P 1:09

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.:<br>301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE<br>DEVELOPMENT BOARD &<br>FRANCIS J. CHIARAMONTE,<br>IN HIS OFFICIAL AND<br>INDIVIDUAL CAPACITY | U.S. DISTRICT COURT<br>BRIDGEPORT, CONNECTICUT<br><br>MAY 7, 2004 |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an

extension of time to file dispositive motions until June 6, 2004. The undersigned has

spoken with Cynthia Jennings, Counsel for Plaintiff, who has consented to this motion.

Dated at Hartford, Connecticut, this 7th day of May, 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____
Thompson G. Page
Their Attorney
Federal Bar #11665

LAW OFFICES OF **THOMPSON GOULD PAGE, LLC**
THE RICHARDSON • 942 MAIN STREET • SUITE 300 • HARTFORD, CT 06103-1221
(860) 808-3000 • FAX (860) 808-3009 • JURIS NO. 407748

Motion GRANTED

WARREN W. EGINTON
Senior United States District Judge

5-17-04

FILED

2004 MAY 17 P 3:27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, via U.S. mail, postage prepaid, on this 7th day of May, 2004, to the following:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, second floor
Bridgeport, CT 06604

Thompson G. Page
Attorney at Law
Federal Bar #11665

**ORDER**

The foregoing motion having been presented to the Court, it is hereby

**ORDERED: GRANTED/DENIED.**

THE COURT

BY _____
Judge, Clerk, Assistant Clerk