FILED

2004 JUN 10 P 1:58

UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT
DISTRICT OF CONNECTICUT     BRIDGEPORT, CONN

| | |
|---|---|
| DIANE MOORE | CIVIL ACTION NO.: 301CV1018WWE |
| V. | |
| CAPITAL REGION WORKFORCE DEVELOPMENT BOARD & FRANCIS J. CHIARAMONTE, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY | U.S. DISTRICT COURT BRIDGEPORT, CONNECTICUT

June 7, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Counsel for both parties to the above matter hereby request of the Court for an extension of time to file dispositive motions until July 7, 2004. The undersigned has spoken with Cynthia Jennings, Counsel for Plaintiff, who has consented to this motion.

Dated at Hartford, Connecticut, this 7th day of June, 2004.

DEFENDANTS, Capital Region
Workforce Development Board, Inc. and
Francis J. Chiaramonte

By: _____
Thompson G. Page
Their Attorney
Federal Bar #11665

LAW OFFICES OF **THOMPSON GOULD PAGE, LLC**
THE RICHARDSON • 942 MAIN STREET • SUITE 300 • HARTFORD, CT 06103-1221
(860) 808-3000 • FAX (860) 808-3009 • JURIS NO. 407748

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, via U.S. mail, postage prepaid, on this 7th day of June, 2004, to the following:

Cynthia Jennings, Esq.
The Barrister Law Group
211 State Street, second floor
Bridgeport, CT 06604

*[signature]*

Thompson G. Page
Attorney at Law
Federal Bar #11665

## ORDER

The foregoing motion having been presented to the Court, it is hereby **ORDERED: GRANTED/DENIED**.

THE COURT

BY_____
Judge, Clerk, Assistant Clerk