UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANE MOORE | : | CIVIL ACTION NO.: |
| | : | 301CV1018 (WWE) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| CAPITAL REGION WORKFORCE | : | |
| DEVELOPMENT BOARD AND | : | |
| FRANCIS J. CHIARAMONTE, | : | |
| IN HIS OFFICIAL AND | : | |
| INDIVIDUAL CAPACITY | : | |
| | : | |
| Defendants | : | JULY 8, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, pursuant to Federal Rule of Civil Procedure 56, hereby move for summary judgment on the Complaint of Plaintiff Diane Moore, on the ground that there is no genuine issue as to any material fact and Defendants are entitled to a judgment as a matter of law.

This motion is based on: (a) all pleadings, depositions (including exhibits), admissions and answers to interrogatories that have been filed in this action; (b) the accompanying Memorandum in Support of Motion for Summary Judgment; (c) the attached Affidavits of Francis J. Chiaramonte, Wendy Tortomas, Ted Hale and Joan Talley; and (d) the attached Statement of Material Facts as to which there is no genuine issue to be tried in Support of Motion for Summary Judgment.

WHEREFORE, Defendants pray that this Court grant this Motion for Summary Judgment in its entirety, that all of Plaintiff's complaint be dismissed with prejudice, and that the Defendants be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted, this 8th day of July, 2004.

                          DEFENDANTS, Capital Region
                          Workforce Development Board, Inc.
                          and Francis J. Chiaramonte

By: _____
     Thompson G. Page
     Attorney for Defendants
     Federal Bar #11665

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendants' Motion For Summary Judgment was mailed to Cynthia Jennings, The Barrister Law Group, 211 State Street, Bridgeport, CT 06604, on this the 8th day of July, 2004.

_____
Thompson G. Page