UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANE MOORE | : | CIVIL ACTION NO.: |
| | : | 301CV1018 (WWE) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| CAPITAL REGION WORKFORCE | : | |
| DEVELOPMENT BOARD AND | : | |
| FRANCIS J. CHIARAMONTE, | : | |
| IN HIS OFFICIAL AND | : | |
| INDIVIDUAL CAPACITY | : | |
| | : | |
| Defendants | : | JULY 8, 2004 |

## AFFIDAVIT OF TED HALE

The undersigned, being duly sworn, says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I have been employed by Capital Region Workforce Development Board ("CRWDB") since January 8, 1996 to the present

3. I hold the position of Director of Finance for CRWDB, and in such position oversee the employee benefits and payroll records of the organization.

4. My job duties include collecting, keeping and maintaining the employee benefits and payroll records for all employees of the organization.

5. I performed an analysis of the racial composition of CRWDB employees as of March 31, 2000.

6. At the time of Ms. Moore's termination of employment on March 31, 2000, the racial composition of the CRWDB workforce was 27.5 % African American, 27.5% Hispanic and 45% Caucasian.

Dated at Hartford, Connecticut, this 7th day of July, 2004.

                                                                    Ted Hale

| State of Connecticut | } | | | |
|---|---|---|---|---|
| | } | ss. | Hartford | July 7, 2004 |
| County of Hartford | } | | | |

     Personally Appeared Ted Hale, Signer and Sealer of the foregoing Instrument, and acknowledged the same to be his free act and deed before me.

                                                                    Thompson G. Page
                                                                    Commissioner of the Superior Court