UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANE MOORE | : | CIVIL ACTION NO.: |
| | : | 301CV1018 (WWE) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| CAPITAL REGION WORKFORCE | : | |
| DEVELOPMENT BOARD AND | : | |
| FRANCIS J. CHIARAMONTE, | : | |
| IN HIS OFFICIAL AND | : | |
| INDIVIDUAL CAPACITY | : | |
| | : | |
| Defendants | : | JULY 8, 2004 |

## AFFIDAVIT OF JOAN TALLEY

The undersigned, being duly sworn, says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I worked for an organization by the name of Business for Downtown Hartford ("BFDH"), which shared office space with Capital Region Workforce Development Board ("CRWDB") while Plaintiff was employed at CRWDB.

3. During the time I worked for BFDH, I was known as Joan Sieverts. I have since changed my name to Joan Talley.

4. I held the position of Executive Director of Business for Downtown Hartford.

5. On or about June 10, 1999, I informed Ms. Tortomas and Mr. Chiaramonte that I was considering relocating the BFDH offices in order to avoid contact with

      Plaintiff because interacting with Plaintiff had been extremely unpleasant for several months.

6. I told Ms. Tortomas and Mr. Chiaramonte that Plaintiff's unprofessional and unpleasant attitude toward me caused me to cringe upon walking into the office every morning.

Dated at Hartford, Connecticut, this 7th day of July, 2004.

 

_____
Joan Talley

| | |
|---|---|
| State of Connecticut | } |
| | } ss.  Hartford  July 7, 2004 |
| County of Hartford | } |

    Personally Appeared Joan Talley, Signer and Sealer of the foregoing Instrument, and acknowledged the same to be her free act and deed before me.

_____
Commissioner of the Superior Court