# United States District Court
### DISTRICT OF CONNECTICUT

FILED

2004 JUL 19  A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DIANE MOORE

      -V-

CAPITOL REGION WORKFORCE
DEVELOPMENT BOARD & FRANCIS J.
CHIARAMONTE, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
301CV1018(WWE)




July 14, 2004

## MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for sixty days from the due date of August 2, 2004 to September 1, 2004. This extension of time is necessitated by: (1) the press of legal business, specifically the demands of three Federal Appellate Court briefs, all due in the month of August.

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted counsel for Defendants' who had no objections to this request.

### ORAL ARGUMENT NOT REQUIRED

### TESTIMONY NOT REQUIRED

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797

PLAINTIFF,
DIANE MOORE

BY:

CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
Federal Bar No. CT21797
211 State Street, 2nd Floor
Bridgeport, CT 06604
(203) 334-4800
Email: cynjennings@aol.com


## CERTIFICATION

This is to certify that a copy of the above was mailed on July 14, 2004 via U.S.

mail to all Counsel of Record as shown below:


Thompson G. Page
Thompson Gould Page, LLC
The Richardson, Suite 300
942 Main Street
Hartford, CT  06103-1221
(860) 808-3000 X307 (O)
(860) 808-3009


Cynthia R. Jennings, Esq.,