# United States District Court  FILED
## DISTRICT OF CONNECTICUT

2004 JUL 19 A 11: 5

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DIANE MOORE | : |
| | : CIVIL ACTION NO. |
| | : 301CV1018(WWE) |
| -v- | : |
| | : |
| CAPITOL REGION WORKFORCE | : |
| DEVELOPMENT BOARD & FRANCIS J. | : |
| CHIARAMONTE, IN HIS INDIVIDUAL | : |
| AND OFFICIAL CAPACITY | : July 14, 2004 |

### MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for sixty days from the due date of August 2, 2004 to September 1, 2004. This extension of time is necessitated by: (1) the press of legal business, specifically the demands of three Federal Appellate Court briefs, all due in the month of August.

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted counsel for Defendants' who had no objections to this request.

**ORAL ARGUMENT NOT REQUIRED**
**TESTIMONY NOT REQUIRED**

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

2004 AUG 11 P 4:34
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797