# United States District Court
### DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| **DIANE MOORE** | 2004 AUG 18 A 11: 27 |
| | CIVIL ACTION NO. |
| -v- | 301CV1018(WWE) |
| **CAPITOL REGION WORKFORCE DEVELOPMENT BOARD & FRANCIS J. CHIARAMONTE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY** | August 16, 2004 |

### SECOND MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional thirty days from September 1, 2004 to October 1, 2004. This extension of time is necessitated by: (1) the press of Appellate Court business and the need to respond to the contents of two additional Summary Judgment Motions, one of which is extremely voluminous as a result of Defendant's being granted leave to exceed the page limit.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted Defendant's counsel regarding this additional extension request. He had no objection.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynthia.jennings@sbcglobal.net
Federal Bar No. CT21797

PLAINTIFF,
DIANE MOORE

BY: /s/ Cynthia R. Jennings
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
Federal Bar No. CT21797
211 State Street, 2nd Floor
Bridgeport, CT 06604
(203) 334-4800
Email: cynjennings@aol.com

## **CERTIFICATION**

This is to certify that a copy of the above was mailed on August 16, 2004, via U.S. mail to all Counsel of Record as shown below:

Thompson G. Page
Thompson Gould Page, LLC
The Richardson, Suite 300
942 Main Street
Hartford, CT 06103-1221
(860) 808-3000 X307 (O)
(860) 808-3009

/s/ Cynthia R. Jennings, Esq.