# United States District Court
## DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| **DIANE MOORE** | : 2004 AUG 18 A 11: 27 |
| | : **CIVIL ACTION NO.** |
| | : **301CV1018(WWE)** |
| -v- | : |
| | : |
| **CAPITOL REGION WORKFORCE** | : |
| **DEVELOPMENT BOARD & FRANCIS J.** | : |
| **CHIARAMONTE, IN HIS INDIVIDUAL** | : |
| **AND OFFICIAL CAPACITY** | : **August 16, 2004** |

## SECOND MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional thirty days from September 1, 2004 to October 1, 2004. This extension of time is necessitated by: (1) the press of Appellate Court business and the need to respond to the contents of two additional Summary Judgment Motions, one of which is extremely voluminous as a result of Defendant's being granted leave to exceed the page limit.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted Defendant's counsel regarding this additional extension request. He had no objection.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

*[Handwritten margin note: Motion GRANTED to Oct. 1, 2004. WARREN W. EGINTON, Senior United States District Judge 8/20/04]*

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynthia.jennings@sbcglobal.net
Federal Bar No. CT21797