# United States District Court

**DISTRICT OF CONNECTICUT** 2004 OCT 26  P 12: 32

U.S. DISTRICT COURT
BRIDGEPORT, CT

| | |
|---|---|
| **DIANE MOORE** | : |
| | : CIVIL ACTION NO. |
| | : 301CV1018(WWE) |
| -v- | : |
| | : |
| **CAPITOL REGION WORKFORCE** | : |
| **DEVELOPMENT BOARD & FRANCIS J.** | : |
| **CHIARAMONTE, IN HIS INDIVIDUAL** | : |
| **AND OFFICIAL CAPACITY** | : October 22, 2004 |

### THIRD MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional-thirty five days from October 1, 2004 to November 10, 2004. This extension of time is necessitated by: (1) the press of Appellate Court business to include two briefs with accompanying Appendices.

This is Plaintiff's third, request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted Defendant's counsel regarding this additional extension request. He had no objection.

Additionally, Plaintiff respectfully apologizes to the court for the un-timeliness of this request and states that it was an oversight resulting from Plaintiff's counsel working to become familiar with the new Electronic Filing and Management Procedures of the court. Plaintiff respectfully begs the court to approve this Motion for Extension of time.

**ORAL ARGUMENT NOT REQUIRED**

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynthia.jennings@sbcglobal.net
Federal Bar No. CT21797

TESTIMONY NOT REQUIRED

PLAINTIFF,
DIANE MOORE

BY: *Cynthia R. Jennings*
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
Federal Bar No. CT21797
211 State Street, 2nd Floor
Bridgeport, CT 06604
(203) 334-4800
Email: cynjennings@aol.com

## CERTIFICATION

This is to certify that a copy of the above was mailed on October 22, 2004, via U.S. mail to all Counsel of Record as shown below:

Thompson G. Page
Thompson Gould Page, LLC
The Richardson, Suite 300
942 Main Street
Hartford, CT 06103-1221
(860) 808-3000 X307 (O)
(860) 808-3009

*Cynthia R. Jennings*
Cynthia R. Jennings, Esq.,