# Exhibit List For Diane Moore
# 56(a) 2 Statement and Disputed Issues of Material Fact

1. Letter from Diane Moore to Michael Doyle dated February 28, 1998. (paragraph one)
2. Memorandum from Mary Ann Mahoney dated March 11, 1998
3. CRWDB Performance Evaluation Form 1994-1996 for Diane Moore
4. Letter from Diane Moore to Michael Doyle date February 28, 1998 (paragraph one, paragraph two)
5. Position Description for Capital Region Workforce Development Board
6. Deposition of Diane Moore Page 91 lines 1-7
7. Deposition of Diane Moore Page 75 lines 6-25
8. Letter to Diane Moore File from Frank Chiaramonte dated December 8, 1999 (paragraph one)
9. CRWDB Performance Evaluation Form 1996-1997 for Diane Moore
10. Memorandum from Diane Moore to Frank Chiaramonte dated July 6, 1996
11. Memorandum from Diane Moore to Frank Chiaramonte dated February 3, 1998
12. Deposition of Diane Moore Pages 56-57 lines 3-25 and lines 1-14 respectively
13. Deposition of Diane Moore Pages 20-21 lines 1-25 respectively
14. Page 12 paragraph 10 of Defendant's Schedule A-Employment Request for Information
15. Deposition of Diane Moore Page 23 lines 10-16
16. Deposition of Diane Moore Page 92 lines 10-20
17. Memorandum from Frank Chiaramonte dated February 16, 2000 to Ted Hale's File
18. Memorandum from Wendy Tortomas to Diane Moore dated March 2, 2000
19. Flyer with Bruce Jefferson, a black male known to gain access to business facilities in the Hartford area.
20. Deposition of Diane Moore Page 74 lines 11-18
21. Deposition of Diane Moore Page 86 lines 7-16
22. Diane Moore Position Responsibilities page & Memo to Diane Moore dated July 8, 2004 (page 3; paragraph 5)
23. Deposition of Diane Moore Page 14 lines 1-25
    Deposition of Diane Moore Page 15 lines 2-21
    Deposition of Diane Moore Page 93 lines 3-24
24. Termination Letter from Frank Chiaramonte to Diane Moore dated March 31, 2000.
25. Defendant's Schedule A-CHRO Employment Request for Information
26. Deposition of Diane Moore Pages 32-40 and 43-46