# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIANE MOORE | : | CIVIL ACTION NO.: |
| | : | 301CV1018 (WWE) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| CAPITAL REGION WORKFORCE | : | |
| DEVELOPMENT BOARD AND | : | |
| FRANCIS J. CHIARAMONTE, | : | |
| IN HIS OFFICIAL AND | : | |
| INDIVIDUAL CAPACITY | : | |
| | : | |
| Defendants | : | November 5, 2004 |

## SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION

Comes now the plaintiff, and hereby respectfully objects to the defendants' Motion for Summary Judgment. A memorandum of law in support of this motion was filed with the Court on November 1, 2004, by the plaintiff that more particularly sets out the basis for the objection.

WHEREFORE, the plaintiff respectfully requests that the defendants' Motion for Summary Judgment be denied.

        PLAINTIFF
        DIANE MOORE


        BY: /S/_____
        CYNTHIA R. JENNINGS, ESQ. ,
        THE BARRISTER LAW GROUP, LLC.,
        Federal Bar No. CT21797
        211 State Street, 2nd Floor
        Bridgeport, CT 06604
        (203) 334-4800
        Email: cynjennings@aol.com


## **CERTIFICATION**

  This is to certify that a copy of the foregoing Motion in Opposition to Defendant's Motion for Summary Judgment has been e-filed and mailed via U.S. mail on this 5th day of November, 2004 to Defendant's counsel as shown below:

Thompson G. Page
Thompson Gould Page, LLC
The Richardson, Suite 300
942 Main Street
Hartford, CT  06103-1221
(860) 808-3000 X307 (O)
(860) 808-3009


        ___/S/_____
        **Cynthia R. Jennings, Esq.,**