UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIANE MOORE

      v.                                    3:01cv1018 WWE

CAPITAL REGION WORKFORCE
DEVELOPMENT BOARD and
FRANCIS CHIARAMONTE in his
official and individual capacity

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 1, 2005, entered a Ruling granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of March, 2005.

                                             KEVIN F. ROWE, Clerk

                                             By     /s/ Chrystine W. Cody
                                                        Deputy-in-Charge

Entered on Docket _____